UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| JENISA ANGELES, on behalf of herself and all others similarly situated, | : | 20-Cv-10322 (SHS) |
| | : | ORDER |
| Plaintiffs, | | |
| -v- | : | |
| CRISLU CORP., | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received the agreed upon motion for an additional enlargement of time to respond to the complaint and to adjourn the February 8 conference [Doc. No. 14]. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Defendant's time to respond to the complaint is extended to February 26, 2021; and

      2.    The initial pretrial is adjourned to March 2, 2021, at 11:30 a.m.

Dated: New York, New York
        February 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.