UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JENISA ANGELES, on behalf of herself and : 20-Cv-10322 (SHS)
all other persons similarly situated,

                              Plaintiffs,             ORDER

    -v-

CRISLU CORP.,

                             Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The plaintiff having filed a notice of voluntary dismissal [Doc. No. 18], and the Clerk of Court having closed this case on April 28, 2021,

      IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

------------------------------------------------------------x

    JENISA ANGELES,

                             Plaintiff,

         -v-

    CRISLU CORP.,

                             Defendant.

------------------------------------------------------------x

Dated: New York, New York
       April 29, 2021

                             SO ORDERED:

                             Sidney H. Stein, U.S.D.J.